# United States District Court
## Northern District of Illinois
### Eastern Division

Johnson

**JUDGMENT IN A CIVIL CASE**

v.

Case Number: 05 C 3308

Briley, et al

☐    Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■    Decision by Court. This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that Memorandum Opinion and Order is entered. Johnson's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 is denied.

Michael W. Dobbins, Clerk of Court

Date: 11/1/2005

/s/ Theresa Hammonds, Deputy Clerk